1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CITY OF STERLING HEIGHTS                No.  2:15-mc-0146 WBS AC
     GENERAL EMPLOYEES'
12   RETIREMENT SYSTEM, Individually         **Main Case: 2:12-cv-5275 MCA LDW**
     and on Behalf of All Others Similarly   **(D.N.J.)**
13   Situated,
                                             ORDER
14                    Plaintiffs,

15           v.

16   PRUDENTIAL FINANCIAL, INC., et al.,

17                    Defendants.

18

19          The California Department of Insurance and Commissioner David E. Jones ("movants")

20   have filed this Miscellaneous proceeding, seeking to quash a non-party deposition subpoena

21   served upon them by plaintiffs.  The main case under which this proceeding is brought is pending

22   in the District of New Jersey: City of Sterling Heights General Employees' Retirement System v.

23   Prudential Financial, Inc., 2:12-cv-5275 MCA LDW (D.N.J.).  This matter was referred to the

24   undersigned by E.D. Cal. R. ("Local Rule") 302(c)(1).

25          IT IS HEREBY ORDERED that:

26          1.  Movants' ex parte application (ECF No. 2) is DENIED in part, to the extent it requests

27   a briefing schedule on the motion to quash.  Movants and plaintiffs shall file only a Joint

28   Statement in regard to that motion, as discussed below.

                                           1

2.  Plaintiffs shall respond in writing to that portion of movant's ex parte application that seeks an order staying the deposition until the motion can be resolved (ECF No. 2), no later than December 7, 2015 at 3:30 p.m. (Pacific Time).  Plaintiffs are free to file a Statement of No Opposition as their response, if they have no opposition to that portion of the application.

3.  The Motion To Quash Subpoena is SET FOR HEARING before the undersigned on December 23, 2015 at 10:00 a.m., in Courtroom 26, Eighth Floor.

a.  This proceeding, including the motion to quash, is governed by the procedures outlined in the undersigned's "Standard Information," which includes the instructions regarding "Discovery Disputes."  See www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-allison-claire-ac.

b.  The parties shall also comply with (1) this court's Local Rules, including Local Rule 251 governing Discovery Matters, see www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules, and (2) the Federal Rules of Civil Procedure (as amended on December 1, 2015).

c.  Movants and plaintiffs are cautioned that the motion to quash will be decided based upon the Joint Statement only.  In regard to that motion, the undersigned will not consider any declarations, memoranda or other documents (including any already filed on the docket), that are not included in the Joint Statement.

DATED: December 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2