1   ROBBINS GELLER RUDMAN
        & DOWD LLP
2   SHAWN A. WILLIAMS (213113)
3   AELISH M. BAIG (201279)
    ARMAN ZOHRABIAN (230492)
4   SUNNY S. SARKIS (258073)
    DAVID W. HALL (274921)
5   Post Montgomery Center
    One Montgomery Street, Suite 1800
6   San Francisco, CA  94104
7   Telephone:  415/288-4545
    415/288-4534 (fax)
8   shawnw@grdlaw.com
    aelishb@rgrdlaw.com
9   azohrabian@rgrdlaw.com
    ssarkis@rgrdlaw.com
10  dhall@rgrdlaw.com

11  Lead Counsel for Plaintiffs

12

13                  UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15  CITY OF STERLING HEIGHTS GENERAL    )  Case No. 2:15-mc-0146 WBS AC
    EMPLOYEES' RETIREMENT SYSTEM,       )
16  Individually and on Behalf of All Others  )  **Main Case: 2:12-cv-5275 MCA LDW**
    Similarly Situated,                 )  **(D.N.J.)**
17                                      )
                        Plaintiffs,     )  ORDER GRANTING PLAINTIFFS'
18                                      )  REQUEST FOR EXTENSION OF TIME TO
        vs.                             )  FILE REQUEST FOR RECONSIDERATION
19                                      )  BY THE DISTRICT COURT OF
    PRUDENTIAL FINANCIAL, INC., et al., )  MAGISTRATE JUDGE'S RULING
20                                      )
                        Defendants.     )
21  _____    )

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 6 and Eastern District of California Civil Local

2    Rule 144, the deadline to file a Request for Reconsideration by the District Court of Magistrate

3    Judge's Order of January 7, 2016 is hereby extended to February 12, 2016.

4

5                                    *      *      *

6                                **O R D E R**

7    IT IS SO ORDERED.

8    Dated:  January 21, 2016

9                                WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLTFS' REQ FOR EXTENSION OF TIME TO FILE REQ      - 1 -
FOR RECONSIDERATION BY THE DISTRICT CRT OF MAGISTRATE JUDGE'S RULING